United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
Michael Blaszczak,
              Debtor.
_____/

Case No. 11-70908-R
Chapter 7

Michael A. Stevenson, Trustee,
              Plaintiff,

v.

Adv. No. 12-5848

Michael Blaszczak,
              Defendant.
_____/

## Order Revoking Debtor's Discharge

For the reasons stated in the Court's opinion entered today, the debtor's discharge is revoked pursuant to § 727(d)(1).

It is so ordered.

**Signed on August 15, 2013**

                                                **/s/ Steven Rhodes**
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**